## DEESE v. CHAMPION INT'L CORP.

No. 500P98

Case below: Wake County Superior Court

This petition is allowed 3 March 1999 for the limited purpose of remanding the case to the Court of Appeals for reconsideration in light of Adams v. AVX Corp. (filed 31 December 1998).

## DEP'T OF TRANSP. v. ROWE

No. 506PA98

Case below: 131 N.C.App. 206

Petition by defendants (Rowe and Pruitt) for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1999.

## ESTATES, INC. v. TOWN OF CHAPEL HILL

No. 432P98

Case below: 130 N.C.App. 664

Petition by intervenor for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Conditional petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.

## EVERETT v. SARA LEE CORP.

No. 488P98

Case below: 131 N.C.App. 152

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

## FALLS v. NOAH

No. 482P98

Case below: 131 N.C.App. 152

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.